# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3652

_____

| | | |
|---|---|---|
| Richard B. Dickerson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Health Midwest, a Missouri | * | Western District of Missouri. |
| Corporation; Mid-States Financial | * | |
| Services, Inc., a division of Health | * | [UNPUBLISHED] |
| Midwest; John M. Clay; Bea Weaver, | * | |
| an individual, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 2, 2006
Filed: March 7, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Richard Dickerson (Dickerson) appeals following the district court's[1] adverse grant of summary judgment in his employment-discrimination suit. We dismiss the appeal as untimely, because Dickerson failed to file his notice of appeal within thirty days after the district court entered its judgment, as required under Federal Rule of

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

Appellate Procedure 4(a)(1), or to move timely, pursuant to Federal Rule of Appellate Procedure 4(a)(5), for an extension of time to appeal, <u>see</u> Fed. R. App. P. 26(b)(1) (court may not extend time to file notice of appeal except as authorized by Rule 4).

Accordingly, we dismiss this appeal. <u>See</u> <u>Burgs v. Johnson County, Iowa</u>, 79 F.3d 701, 702 (8th Cir. 1996) (per curiam).

_____